STATE OF MINNESOTA  )
          ss. )   AFFIDAVIT OF NATHAN R. BOYER
COUNTY OF RAMSEY  )

I, Nathan R. Boyer, being duly sworn, state the following:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF") and have been so employed since November 2016. In my capacity as an ATF agent, my responsibilities include conducting criminal investigations of individuals for possible violations of federal laws, including drug trafficking and firearms violations. I have participated in numerous such investigations and participated in the arrests of numerous defendants for drug and firearms offenses.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for William Earl Burton for unlawfully making false statements in the acquisition of a firearm from a licensed dealer, in violation of Title 18, United States Code, Section 922(a)(6).

3. The facts and information contained in this affidavit are based upon my personal knowledge and observations of other officers and agents involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support

probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government.

## FACTS ESTABLISHING PROBABLE CAUSE

### Case Background

4. The ATF regulates the firearm industry. As part of that regulatory regime, the ATF issues licenses to business and individuals authorizing them to sell firearms for profit. Pursuant to 18 U.S.C. § 923, only a Federal Firearms Licensee ("FFL") is permitted to sell firearms as a business.

5. ATF Form 4473 (Firearms Transaction Record) requires a purchaser to provide several pieces of information in order to lawfully buy a firearm from an FFL. Among them, the purchaser must provide their name and address. At question 11(a) on the Form 4473, the purchaser must sign their name to certify that they are the "actual" buyer of the firearm. Form 4473 contains a warning that reads: "You are not the actual transferee/buyer if you are acquiring the firearms(s) on behalf of another person."

6. Pursuant to 18 U.S.C. § 922(a)(6), it is unlawful for any person "in connection with the acquisition or attempted acquisition of any firearm or ammunition" from an FFL or other legitimate firearms dealer to knowingly make "any false or fictitious oral or written statement or to furnish or exhibit any false, fictitious, or misrepresented identification, intended or likely to deceive" the firearm seller "with respect to any fact material to the

lawfulness of the sale or other disposition of such firearm or ammunition[.]" In other words, it is a crime to lie about a material fact on the Form 4473.

7. When a purchaser is buying a firearm for another person, but falsely certifies on the Form 4473 that he or she is purchasing the firearm for himself or herself, the practice is commonly referred to as "straw purchasing."

8. Pursuant to 18 U.S.C. § 922(a)(1)(A), it is unlawful for a person who is not an FFL (e.g. an ATF licensed dealer), to engage in the business of dealing in firearms.

9. On January 14, 2022, BURTON was sentenced for felony Aggravated Robbery in the 2nd Degree in Anoka County, Minnesota (court file number 02-CR-21-6113). BURTON is on probation until approximately January 13, 2027. Therefore, it is now unlawful for BURTON to possess firearms or ammunition.

### BURTON's Firearm Purchases

10. In the fall of 2020, the ATF learned that one or more firearms BURTON recently purchased had been recovered by police shortly after he bought it. The ATF then began investigating BURTON's firearms purchases. Law enforcement subsequently discovered that BURTON purchased or attempted to purchase at least 43 handguns in a nine-month period between November 27, 2019, and August 29, 2020. By late September

2020, five of the guns BURTON purchased had already been recovered by police under circumstances associated with criminal activity. By April of 2025, 17 of the firearms BURTON purchased have been recovered by law enforcement (not from BURTON).

11.   ATF has been able to confirm that BURTON purchased the following 41 firearms during the above-described period.

- 11/27/2019, Taurus, Pistol, Model PT111G2A, Caliber 9mm, Serial Number TMU05413
- 01/14/2020, Taurus, Pistol, Model G2c, Caliber 9mm, Serial Number AAM119094
- 03/06/2020, Glock, Model 22 Gen4, Caliber .40, Serial Number PLK859
- 03/08/2020, FMK, Model 9C1G2 Sniper, Unknown Caliber, Serial Number BTT0491
- 03/08/2020, Glock, Model G23 Gen4, Caliber .40, Serial Number BCLB029
- 03/13/2020, Taurus, Pistol, Model G3, Caliber 9mm, Serial Number AAM091534
- 03/19/2020, Sig Sauer, Pistol, Model P320, Caliber 9mm, Serial Number M18-059273

- 03/27/2020, HS Produkt (Springfield Armory), Model XD, Caliber 9mm, Serial Number GM7655229
- 04/01/2020, Glock Pistol, Model 19x, Caliber 9mm, Serial Number ADMN996
- 04/06/2020, Ruger, Pistol, Model 57, Caliber 5.7x28mm, Serial Number 641-12521
- 04/09/2020, Taurus Pistol, Model G2S, 9mm, Serial Number TLU35180
- 04/09/2020, Glock Pistol, Model 43 9mm Serial Number ADVZ263
- 04/14/2020, SCCY Pstiol, Model CPX-2, 9mm, Serial Number 834479
- 04/14/2020, Glock Pistol, Model 19X, 9mm, Serial Number ADLS687
- 04/15/2020, Springfield Pistol, Saint, 5.56mm, Serial Number ST236425
- 04/16/2020, Smith & Wesson, Model M&P 9, Serial Number NDT8171
- 4/25/2020, HS Produkt (Springfield Armory), Model XDM, Unknown Caliber Serial Number MG687955
- 4/25/2020, Nova Modul/Century Arms, Model NAK9,

Caliber 9mm, Serial Number RON2043808

- 05/02/2020, Smith & Wesson, Model Bodyguard, Caliber 380, Serial Number EBZ3919
- 05/02/2020, Ruger, Model LCP, .380 Caliber, Serial Number 372339383
- 05/02/2020, Smith & Wesson, Model M&P Caliber 9mm, Serial Number NDT8226
- 05/2/2020 Smith & Wesson, Model Bodygaurd 380, .380 Caliber. Serial Number EBZ3919
- 05/03/2020, Glock, Pistol, Model G19 Gen 4, Caliber 9mm, Serial Number ADHP630
- 05/03/2020, FN, Pistol, Model FSN-9C, Caliber 9mm, Serial Number CSU0057465
- 05/05/2020, FN, Pistol, Model FSN-9C, Caliber 9mm, Serial Number CSU0046791
- 5/5/2020, Glock, Model 26 Gen4, Caliber 9mm, Serial Number BBTT021
- 05/07/2020, Springfield Pistol, Model XDM, 9mm, Serial Number    AT196102
- 05/07/2020, Taurus Pistol, Model G3, 9mm, Serial Number    ABA220747

- 05/11/2020, SCCY Pistol, Model CPX-2, 9mm, Serial Number 873255
- 5/18/2020, SAR, Model SAR9, Caliber 9mm Serial Number T1102-18BV02271
- 05/18/2020, Ruger, Model 22 Charger, .22 LR Caliber, Bearing Serial Number 492-02909
- 05/19/2020, Canik Pistol, Model TP9SFX, Caliber 9mm, Serial Number 20BC03971
- 05/24/2020, Glock Pistol, Model 29GEN4, Caliber 10mm, Serial Number BMTS011
- 5/28/2020, Canik, Model TP9DA, Caliber 9mm, Serial Number 20BJ01732
- 06/01/2020, SCCY, Model CPX-2, Caliber 9mm, Serial Number 883759
- 07/16/2020, Smith & Wesson Pistol, Model SD40VE, .40 cal, Serial Number FCF0323
- 07/19/2020, SCCY Pistol, Model CPX-2, 9mm, Serial Number 881943
- 7/25/2020, HS Produkt (Springfield Armory), Model XDM, Unknown Caliber, Serial Number BY195840
- 08/01/2020, Taurus Pistol, Model G3, 9mm, Serial

Number ABG704971

- 08/03/2020, Stoeger Pistol, Model STR-9C, 9mm, Serial Number T6429-20S01014

- 08/11/2020, Stoeger Pistol, Model STR-9C, 9mm, Serial Number T6429-20S01409

- 8/13/2020, SCCY, Model CPX-2, Caliber 9mm, Serial Number 951301

- 08/25/2020 Canik Pistol, Model TP9SF, 9mm, Serial Number 20AT26820

- 08/29/2020 Glock Pistol, 43X Model, 9mm, Serial Number BPYB081

12.     BURTON purchased each of the above-described firearms from an FFL in the State of Minnesota.

13.     ATF special agents have reviewed the Forms 4473 that BURTON signed in connection with all of BURTON's firearm purchases. On each Form 4473 reviewed, BURTON certified that he was the actual purchaser of the firearm.

14.     Under federal law, a person must be 21 years old to purchase a handgun from an FFL. BURTON turned 21 years old on October 31, 2019. BURTON has purchased all of the above-listed guns within his first year of

becoming eligible to do so.

15. Of the 43 firearms purchased by BURTON, 17 have been recovered by law enforcement to date. The following are summaries of seven that have been recovered.

a. On March 23, 2020, police responded to a residence in Blaine, MN, to the report of a shooting. The victim was located with a non-life threatening gunshot wound to the groin. Based on statements from the victim it appears this shooting was related to a robbery. Police secured the scene and among other items, recovered a Taurus 9mm, semi-automatic handgun bearing serial number AAM091534 covered in blood in the house. During a perimeter search, they also located a shed that had discarded cartridge casings (DCCs) in it covered in blood. That firearm that was covered in blood was originally purchased by BURTON on March 13, 2020, from a Fleet Farm store in Blaine, MN. The victim stated that he was shot by an African American individual; BURTON is Caucasian. This firearm was recovered just 10 days after BURTON purchased it.

b. On May 22, 2020, Minneapolis Police conducted a traffic stop on a motor vehicle. The vehicle was occupied by three (3) individuals. Police observed a firearm in the vehicle below the passenger side front seat. Two individuals in the car were convicted felons and were therefore prohibited from being in

possession of firearms or ammunition. Additionally, one of the felons also had an outstanding felony arrest warrant. The two felons were arrested for Minnesota state charges related to felon in possession of firearms. The firearm was identified as a HS Produkt (Springfield Armory), .45 caliber semi-automatic handgun, bearing serial number MG687955, originally purchased by BURTON on April 25, 2020, from Bills Gun Shop & Range located in Robbinsdale, MN. This firearm was recovered less than one month after BURTON purchased it. BURTON was not one of the individuals in the vehicle.

c. On July 4, 2020, St. Paul Police were called to an address based on a report of shots fired. Callers stated that two people were standing outside shooting guns into the air. Officers arrived to find a large group gathered outside the residence. Officers located a firearm and discharged cartridge casings in the bushes. This firearm was identified as a Taurus 9mm, semi-automatic handgun bearing serial number TMU05413, originally purchased by BURTON on November 27, 2019, from the Fleet Farm store in Blaine, MN. This firearm was recovered approximately seven months after BURTON purchased it.

d. On August 28, 2020, while moving a dumpster from the Rosedale Estates Apartments, located in the 2700 block of Rice Street in Roseville, MN, a trash collector observed a black colored handgun laying on the ground. The

trash collector called the Roseville Police. The gun was identified as a Stoeger, Model STR-9, 9mm semi-automatic handgun bearing serial number T6429-20S01014, originally purchased by BURTON on August 3, 2020, from Sportsman's Warehouse in Coon Rapids, MN. This firearm was recovered just 25 days after BURTON purchased it. On the ground near the gun police also found a small bag containing 14 small white pills embossed with a capital letter M. Testing on these pills has not yet been completed, but the pills appear to be oxycodone, an opioid that is frequently sold illegally on the street.

e. On September 13, 2020, the St. Paul Police Department investigated a report of "breach of trust" (stolen vehicle). The vehicle's owner reported that, while following her stolen vehicle, the unknown driver fired a shot at her with a firearm. The St. Paul Police Department was able to locate the stolen vehicle and perform a traffic stop. Police located a pistol inside the vehicle. The driver was arrested for aggravated assault and possession of a firearm by a prohibited person. The firearm was identified as a SCCY, CPX-2, (SN-834479) pistol, purchased by BURTON on April 14, 2020, from Sportsman Warehouse in Coon Rapids. The firearm was recovered approximately five months after BURTON originally purchased it.

f. On October 11, 2021, The Eagan Police Department conducted a traffic associated with a report of shop lifting from the Eagan Outlet Mall. Eagan

Police Officers conducted a search of the vehicle recovering a Canik, model TP-9DA, 9mm, bearing serial number 20BJ01732 which was purchased by BURTON on May 28, 2020. Discharged cartridge casings (DCC's) from the Canik, model TP-9DA, 9mm, bearing serial number 20BJ01732 were entered into the National Integrated Ballistic Information Network (NIBIN) which showed this firearm was used in one shooting on May 15, 2021. On May 15, 2021, the firearm purchased by BURTON was used in the murder of T.O-S. who was playing on a trampoline at the time she received a gun shot wound to the head.

g. On March 3, 2024, The Minneapolis Police Department was called to the 4th Street Saloon for an unknown reason, upon arrival Officers were informed by security that someone inside had a firearm. Once inside Officers received information that firearms were placed inside of the trash can behind the bar. Officers search the trash can behind the bar where they recovered three firearms. On of the firearms recovered was a Glock model 23, .40 caliber, bearing serial number BCLB029, purchased by BURTON on March 8, 2020. Discharged cartridge casings (DCC's) from the Glock model 23, .40 calibers, bearing serial number BCLB029 were entered into the National Integrated Ballistic Information Network (NIBIN) which showed this firearm was used in ten different shootings. The first of the shootings used by this firearm occurred on April 22, 2020, in Maple Grove, forty-five days after being

purchased by BURTON. Another shooting of note was on May 17, 2021, where this firearm was used during a shooting that resulted in the murder of a six-year-old, A.A., and the paralysis of a 19-year-old, A.M.

16. Investigators have learned that BURTON resides at 32XX 90th Dr. NE Blaine, MN 55449 ("BURTON's Residence"). BURTON listed this address on his Minnesota Driver's license, and it is also the address he provided on several of the above-noted Forms 4473.

17. On November 2, 2020, ATF Agents obtained a federal search warrant (20-mj-805 BRT) for the residence of BURTON. On November 4, 2020, ATF Agents conducted the search warrant of BURTON's residence in Blaine, Minnesota. During the search warrant BURTON was interviewed by ATF Agents. BURTON stated he had sold most of his purchased firearms on Armslist.com and that he had attempted to pawn one firearm to Lincoln Pawn.

18. On December 21, 2020, ATF Agents obtained results from a subpoena served on Armslist.com concerning the account of BURTON. Armslist.com showed that BURTON had posted two firearms for sale, and purchased two other firearms. On May 11, 2020, BURTON posted a Springfield Saint AR Pistol for sale. On May 27, 2020, BURTON posted a Canik tp9x for sale. On April 15, 2020,

BURTON purchased a Springfield Pistol, Saint, 5.56mm, Serial Number ST236425 from Sportsman Warehouse. On May 19, 2020, BURTON purchased a Canik, TP9SFX, 9mm, 20BC03971 from Sportsman Warehouse.

19. BURTON was given an ATF warning letter on November 10, 2021, while he was in custody on his robbery charges. The letter essentially advised BURTON of the law and that it is a violation of federal law to provide false information on ATF Form 4473 or to straw purchase firearms.

20. On April 2, 2024, I called Lincoln Pawn and Jewelry who stated that BURTON had never pawned or sold a firearm to their store.

21. Investigators have reviewed records from the Minnesota Bureau of Criminal Apprehension (BCA), which indicate that from the 2nd quarter of 2019 through 1st quarter of 2020 (April 2019 through March 2020), BURTON's income was $10,019.65. Investigators also learned that as of July 2020, BURTON was collecting unemployment benefits. While the ATF does not know the price BURTON paid for the guns he purchased, or whether the guns were in new or used condition, the ATF conservatively estimates they would have cost him around $18,000, which likely exceeded his earnings during the same time period by a significant amount.

22. On April 2, 2024, I reviewed the Facebook that is a associated with BURTON that is viewable to the public. In addition to the account username

being "Will Burton", I knows the Facebook account is used by BURTON due to the photos and videos of BURTON posted on the account and the matching dates of birth. On June 14, 2020, BURTON stated "I love shooting what can I say" and posted six different videos of him shooting various firearms. Also posted on the Facebook are several photos of him and a date of birth that is consistent with BURTON's date birth stated on ATF form 4473's obtained from various federal firearms licenses when BURTON purchased firearms. On the Facebook account BURTON states that his SnapChat account is "illywirl31"



23.     On April 12, 2024, I obtained a search warrant for BURTON's Facebook account, see 24-mj-254 (DTS). On May 4, 2024, I obtained the results of the search warrant on BURTON's Facebook account and at that time I began reviewing the results.

24. The following are the results of the search warrant on BURTON Facebook account, on January 15, 2020, BURTON replied to a message asking "what he was doing" stating "just cleaning my gun haha, bout to roll a blunt after". In the same message thread as BURTON's statement about cleaning a firearm and rolling a blunt, BURTON makes further reference to smoking marijuana and eating edibles. Also in the same message thread BURTON makes the request to the other party to switch from Facebook messenger to Snapchat.

25. Also, in the results from (24-mj-254 DTS) Facebook search warrant was a Facebook Messenger conversation between BURTON and "Cody M Bossman" identified as Cody MILLER DOB: 8/16/1999. MILLER is a convicted felon and not able to possess firearms. In the Facebook messenger conversation between BURTON and MILLER on July 24, 2020, BURTON stated he does not do anything with his firearms that he has purchased, but that "...*I just got one of my sales caught up with one in my name.*". On July 4, 2020, The St. Paul Police recovered a Taurus, model G2C, 9mm, bearing serial number TMU05413 which was purchased BURTON on November 27, 2019. BURTON further stated to MILLER "*But yeah I'd need the 50 and the gun bread at the same time when I run in tho cause I've had this dude try and be on dirt almost had to keep the strap*". Through my training and experience I understand the conversation to mean BURTON needs $50.00 for the purchase

of the firearm along with the full cost of the firearm. Further BURTON states he has purchased a firearm for another person who did not pay BURTON the money he requested and he was almost forced to keep the firearm. BURTON also instructs MILLER that if MILLER is ever caught with the firearm that MILLER should state he purchased the firearm on Armslist.

26.     On September 6, 2024, I obtained a search warrant for BURTON's SnapChat account, see 24-mj-640 (TNL). On September 17, 2024, I obtained the results of the search warrant for SnapChat and began to review those results.

- On May 3, 2020, BURTON had a conversation of SnapChat messenger with a "Prince Carlise Travaughn Powells". In the following is BURTON and Powells. Powells – *"Glock 17"*, BURTON – *"Gen?"*, Powells *"5'*, BURTON – *'Used of new"*, Powells – *"Preferably"*. On May 3, 2020, BURTON purchased a Glock 19, 9mm, bearing serial number ADHP630. On January 8, 2020, Powells was sentenced in Hennepin County, Minnesota for possession of a firearm with a removed or altered serial number, at the time a felony conviction. On October 8, 2020, the Minnetonka Police Department recovered a Glock 19, 9mm, bearing serial number ADHP630 from Powells, this firearm was

the same firearm purchase by BURTON on May 3, 2020. Powells stated to law enforcement that he did not believe the firearm was stolen and had the firearm for protection.

- On November 26, 2020, BURTON messaged Powells through SnapChat messenger stating the following, "*I got my shit raided by the ATF, But that's about it the said they could come back any minute and put me in jail but that's that lying cops do to get a confession, If they could've took my to jail they would've that dag, Day, And I know but the only app o ever allegedly broke any laws on were snap and messenger but I just cleaned all my messages like for sure did it, But it would've been illegal to purposely delete alleged "evidence" so well let's hit go with I was worried about hackers cause I used free movie websites, Cause you know how the law works of yoh ever been to court you always have to watch every word you say, Accidental dry snitching on yourself or a homir is a real thing, And mor new don't know shit.*"

27. Based on the foregoing, there is probable cause in support of issuing a complaint and arrest warrant for William Earl Burton for unlawfully making false statements in the acquisition of a firearm from a licensed dealer, in violation of Title 18, United States Code, Section 922(a)(6).

_____
Nathan R. Boyer
Special Agent, ATF

Subscribed and Sworn
before me by reliable
electronic means via
FaceTime and e-mail
pursuant to Fed. R. Crim. P.
41(d)(3) this __2nd__ day of
May, 2025.

_____
Elizabeth Cowan Wright
United States Magistrate Judge