UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 25 CR 180 SRN/DLM |
| | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 371 |
| | 18 U.S.C. § 922(a)(6) |
| v. | 18 U.S.C. § 924(a)(2) |
| | 18 U.S.C. § 924(d)(1) |
| WILLIAM EARL BURTON, | 26 U.S.C. § 5845(b) |
| | 28 U.S.C. § 2461(c) |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
### (Conspiracy to Make False Statements in the Purchasing of Firearms)

From on or about November 27, 2019, through on or about August 29, 2020, in the State and District of Minnesota, the defendant,

**WILLIAM EARL BURTON**,

knowingly and intentionally conspired with others known and unknown to the grand jury to violate Title 18, United States Code, Section 922(a)(6), which makes it a federal crime to make a false statement in the purchase of a firearm, all in violation of Title 18, United States Code, Section 371.

### BACKGROUND AND PURPOSE OF THE CONSPIRACY

1. During the timeframe of the conspiracy, the defendant and co-conspirators agreed to work together to unlawfully acquire firearms through false statements made to federally licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, in an around the

SCANNED
MAY 0 7 2025
U.S. DISTRICT COURT MPLS

*United States v. William Earl Burton*

Minneapolis and St. Paul metropolitan areas. The defendant acted as a straw purchaser for firearms actually purchased and used by co-conspirators.

2. In connection with the acquisition of these firearms, at the direction of and in coordination with co-conspirators, the defendant knowingly made false and fictitious written statements to the federally licensed dealers of firearms. These statements were intended and likely to deceive the federally licensed dealers of firearms as to a fact material to the lawfulness of such sales of the said firearms to the co-conspirator under Chapter 44 of Title 18. Specifically, the defendant executed Bureau of Alcohol, Tobacco, Firearms and Explosives Forms 4473 in connection with the purchases of these firearms, on which forms the defendant indicated that he was the actual buyer of the firearm, when in fact the defendant was not the actual buyer of the firearm, and both the defendant and co-conspirators then knew the defendant was not the actual buyer of the firearm.

3. The defendant would then transfer the firearms to co-conspirators, who would keep the firearms, or further transfer them to third parties.

## OVERT ACTS

During and in furtherance of the conspiracy, the defendant committed the following overt acts, among others:

*United States v. William Earl Burton*

    4.    On or about the dates set forth in the table below, in the State and District of Minnesota, the defendant purchased the firearms set forth in the table below, on behalf of and at the request of others:

| Date of Purchase | FFL | Firearm |
|---|---|---|
| 11/27/2019 | Fleet Farm, Blaine, MN | Taurus Model PT111G2A 9 mm pistol bearing serial number TMU05413 |
| 1/14/2020 | Fleet Farm, Blaine, MN | Taurus Model G2C 9 mm pistol bearing serial number AAM119094 |
| 3/6/2020 | Bill's Gun Shop & Range Circle Pines, MN | Glock Model22 Gen 4 .40 cal pistol bearing serial number PLK859 |
| 3/8/2020 | Bill's Gun Shop & Range Robbinsdale, MN | FMK Model 9C2G2 Sniper bearing serial number BTT0491 |
| 3/8/2020 | Bill's Gun Shop & Range Circle Pines, MN | Glock Model G23 Gen 4 .40 cal pistol bearing serial number BCLB029 |
| 3/13/2020 | Fleet Farm, Blaine, MN | Taurus Model G3 9 mm pistol bearing serial number AAM091534 |
| 3/19/2020 | Fleet Farm, Blaine, MN | Sig Sauer Model P320 9 mm pistol bearing serial number M18-059273 |
| 3/27/2020 | Fleet Farm, Blaine, MN | HS Produkt (Springfield Armory) Model XD, 9 mm pistol bearing serial number GM7655229 |
| 4/1/2020 | Fleet Farm Brooklyn Park, MN | Glock Model 19X 9 mm pistol bearing serial number ADMN996 |
| 4/6/2020 | Fleet Farm Blaine, MN | Ruger Model 57 5.7x28 mm pistol bearing serial number 641-12521 |
| 4/9/2020 | Sportsman's Warehouse Coon Rapids, MN | Taurus Model G2S 9 mm pistol bearing serial number TLU35180 |

*United States v. William Earl Burton*

| Date of Purchase | FFL | Firearm |
|---|---|---|
| 4/9/2020 | Sportsman's Warehouse Coon Rapids, MN | Glock Model 43 9 mm pistol bearing serial number ADVZ263 |
| 4/14/2020 | Sportsman's Warehouse Coon Rapids, MN | SCCY Model CPX-2 9 mm pistol bearing serial number 834479 |
| 4/14/2020 | Sportsman's Warehouse Coon Rapids, MN | Glock Model 19X 9 mm pistol bearing serial number ADLS687 |
| 4/15/2020 | Sportsman's Warehouse Coon Rapids, MN | Springfield Saint Model 5.56 mm pistol bearing serial number ST236425 |
| 4/16/2020 | Bill's Gun Shop & Range Robbinsdale, MN | Smith & Wesson Model M&P 9 bearing serial number NDT8171 |
| 4/25/2020 | Bill's Gun Shop & Range Robbinsdale, MN | HS Produkt (Springfield Armory) Model XDM bearing serial number MG687955 |
| 4/25/2020 | Bill's Gun Shop & Range Robbinsdale, MN | Nova Modul/Century Arms Model NAK9 9 mm pistol bearing serial number RON2043808 |
| 5/2/2020 | Bill's Gun Shop & Range Robbinsdale, MN | Smith & Wesson Model Bodyguard .380 cal pistol bearing serial number EBZ3919 |
| 5/2/2020 | Bill's Gun Shop & Range Robbinsdale, MN | Ruger Model LCP .380 cal pistol bearing serial number 372339383 |

*United States v. William Earl Burton*

| Date of Purchase | FFL | Firearm |
|---|---|---|
| 5/2/2020 | Bill's Gun Shop & Range Robbinsdale, MN | Smith & Wesson Model Bodyguard .380 cal pistol bearing serial number EBZ3919 |
| 5/3/2020 | Fleet Farm Brooklyn Park, MN | Glock Model G19 Gen 4 9 mm pistol bearing serial number ADHP630 |
| 5/3/2020 | Fleet Farm, Brooklyn Park, MN | FN Pistol Model FSN-9C 9 mm pistol bearing serial number CSU0057465 |
| 5/5/2020 | Bill's Gun Shop & Range Robbinsdale, MN | FN Pistol Model FSN-C 9 mm pistol bearing serial number CSU0046791 |
| 5/7/2020 | Sportsman's Warehouse Coon Rapids, MN | Springfield Pistol Model XDM 9 mm pistol bearing serial number AT196102 |
| 5/7/2020 | Sportsman's Warehouse Coon Rapids, MN | Taurus Model G3 9 mm pistol bearing serial number ABA220747 |
| 5/11/2020 | Sportsman's Warehouse Coon Rapids, MN | SCCY Model CPX-2 9 mm pistol bearing serial number 873255 |
| 5/18/2020 | Bill's Gun Shop & Range Circle Pines, MN | SAR Model SAR9, 9 mm pistol bearing serial number T1102-18BV02271 |
| 5/18/2020 | DKMAGS New Brighton, MN | Ruger Model 22 Charger .22 LR caliber bearing serial number 492-02909 |
| 5/19/2020 | Sportsman's Warehouse Coon Rapids, MN | Canik Model TP9SFX 9 mm pistol bearing serial number 20BC03971 |

*United States v. William Earl Burton*

| Date of Purchase | FFL | Firearm |
|---|---|---|
| 5/24/2020 | Sportsman's Warehouse Coon Rapids, MN | Glock Model 29GEN4 10 mm pistol bearing serial number BMTS011 |
| 5/28/2020 | Bills Gun Shop & Range Circle Pines, MN | Canik Model TP9DA 9 mm pistol bearing serial number 20BJ01732 |
| 6/1/2020 | DKMAGS New Brighton, MN | SCCY Model CPX-2 9 mm pistol bearing serial number 883759 |
| 7/16/2020 | Sportsman's Warehouse Coon Rapids, MN | Smith & Wesson Model SD40VE .40 cal pistol bearing serial number FCF0323 |
| 7/19/2020 | Sportsman's Warehouse Coon Rapids, MN | SCCY Model CPX-2 9 mm pistol bearing serial number 881943 |
| 7/25/2020 | Bill's Gun Shop & Range Circle Pines, MN | HS Produkt (Springfield Armory) Model XDM, unknown caliber, bearing serial number BY195840 |
| 8/1/2020 | Sportsman's Warehouse Coon Rapids, MN | Taurus Model G3 9 mm pistol bearing serial number ABG704971 |
| 8/3/2020 | Sportsman's Warehouse Coon Rapids, MN | Stoeger Model STR-9C 9 mm pistol bearing serial number T6429-20S01014 |
| 8/11/2020 | Sportsman's Warehouse Coon Rapids, MN | Stoeger Model STR-9C 9 mm pistol bearing serial number T6429-20S01409 |
| 8/13/2020 | Bill's Gun Shop & Range Circle Pines, MN | SCCY Model CPX-2 9 mm pistol bearing serial number 951301 |

*United States v. William Earl Burton*

| Date of Purchase | FFL | Firearm |
|---|---|---|
| 8/25/2020 | Sportsman's Warehouse Coon Rapids, MN | Canik Model TP9SF 9 mm pistol bearing serial number 20AT26820 |
| 8/29/2020 | Sportsman's Warehouse Coon Rapids, MN | Glock Model 43X 9 mm pistol bearing serial number BPYB081 |

The defendant subsequently transferred these firearms to purchasers.

5.  On March 8, 2020, the defendant purchased a Glock Model 23 .40 caliber pistol bearing serial number BCLB029, from Bill's Gun Shop & Range in Circle Pines, Minnesota. The ultimate recipient or recipients of this firearm used the firearm in 10 different shootings. The first of the shootings occurred on April 22, 2020, in Maple Grove, Minnesota, 45 days after the defendant purchased the firearm. This firearm was also used during a May 17, 2021, shooting that resulted in the death of a six-year-old girl and the paralysis of a 19-year-old.

6.  On May 28, 2020, the defendant purchased a Canik Model TP-9DA 9 mm pistol bearing serial number 20BJ01732, from Bill's Gun Shop & Range in Circle Pines, Minnesota. This firearm was used in the murder of a nine-year-old girl on May 15, 2021.

7.  All of the firearms listed above were purchased from federally licensed dealers of firearms within the meaning of Chapter 44, Title 18, United

7

States Code. In each of these purchases the defendant, in coordination with and at the direction of his co-conspirators, executed Bureau of Alcohol, Tobacco, Firearms and Explosives Forms 4473 in connection with the purchase of these firearms, on which form the defendant indicated that the he was the actual buyer of the firearm, when in fact the co-conspirator was the actual buyer of the firearm, and both the co-conspirator and the defendant then knew the defendant was not the actual buyer of the firearm.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
**(False Statement During the Purchase of a Firearm)**

On or about May 3, 2020, in the State and District of Minnesota, the defendant,

**WILLIAM EARL BURTON**,

in connection with the acquisition of a firearm, a Glock model 29 Gen 4 9 mm handgun, serial number ADHP630, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he was purchasing the firearm for himself, when in fact the defendant was not the actual buyer of the firearms, and the defendant then knew he was not the actual buyer of the

firearms; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 3
### (Destruction, Alteration, or Falsification of Records in a Federal Investigation)

On or about November, 2020, in the State and District of Minnesota, the defendant,

**WILLIAM EARL BURTON**,

did knowingly destroy and conceal a record with the intent to impede, obstruct, and influence the investigation and prosecution of his involvement in a conspiracy to make false statements in the purchases of firearms, and his involvement in making a false statement in the purchase of a firearm, a matter that the defendant knew was within the jurisdiction of the United States Department of Justice, in violation of Title 18, United States Code, Section 1519.

## FORFEITURE ALLEGATION

Counts 1–3 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i), and Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c).

*United States v. William Earl Burton*

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms with accessories (including magazines) or any ammunition involved in or used in any knowing violation of Sections 371 and 922(a)(6), including but not limited to the firearms set forth in the table contained in paragraph 4.

A TRUE BILL

_____      _____
ACTING UNITED STATES ATTORNEY        FOREPERSON