UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 25-180 (SRN/DLM) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MR. BURTON'S MOTION FOR** |
| v. | ) | **CONTINUANCE OF MOTION** |
| | ) | **FILING DATE AND MOTION** |
| WILLIAM EARL BURTON, | ) | **HEARING** |
| | ) | |
| Defendant. | ) | |

William Earl Burton, by and through his attorney, Lisa M. Lopez, hereby respectfully moves the Court for a continuance of the presently set date for the filing of motions, June 20, 2025, and the motion hearing date of July 14, 2025, on the following grounds: Counsel needs an additional 30 days to finish reviewing the discovery received thus far (comprised of written reports, audio files, body camera footage, and Facebook and Snapchat results) and to confer about potential pretrial motions and next steps with Mr. Burton. In addition, counsel conferred again with Mr. Burton on June 18, 2025, and he confirmed he has not been able to review any of his discovery while in custody at Sherburne County Jail. 30 additional days would allow him time to do so. Lastly, counsel is scheduled to begin trial in *United States v. Matthew McGregor,* 24-222 (KMM/LIB), from June 23-27, 2025, in Bemidji, Minnesota. Counsel will not be able to confer with Mr. Burton during this time. The government has been contacted about this request and does not object to the continuance. Pursuant to 18 U.S.C. § 3161(h)(1), the period of continuance should be excluded from the computation of the Speedy Trial Act.

Dated:   June 18, 2025

Respectfully submitted,

*s/Lisa M. Lopez*

_____

LISA M. LOPEZ
Attorney ID No. 395791
Attorney for Mr. Burton
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415