# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

United States of America,

                  Plaintiff,

v.

 William Earl Burton,

                  Defendant.

No. 25-cr-180 (SRN/DLM)

**SECOND AMENDED
ARRAIGNMENT ORDER**

---

This matter is before the Court on Mr. Burton's Motion for Continuance of Motion Filing Date and Motion Hearing (Doc. 25), which seeks an extension of time to file pretrial motions and to exclude time from the Speedy Trial Act calculations in this case. As grounds for the requested continuance, defense counsel indicates that additional time is needed to finish reviewing discovery and to confer about potential motions and next steps with Mr. Burton. The motion is not opposed by the Government. Having reviewed Defendant's motion and finding good cause,

**IT IS HEREBY ORDERED** that Mr. Burton's motion (Doc. 25) is **GRANTED** as follows:

1. Defendant's pretrial motions must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 and Local Rule 12.1(c) on or before **July 21, 2025**.

2. **Counsel must electronically file a letter on or before July 21, 2025, if no motions will be filed and there is no need for hearing**.

3. All responses to motions, along with a Notice of Intent to Call Witnesses, must be filed by **August 4, 2025**, in accordance with Local Rule 12.1(c)(3)(A).

4. Any Responsive Notice of Intent to Call Witnesses must be filed by **August 7, 2025**, in accordance with Local Rule 12.1(c)(3)(B).

5. The motions hearing currently scheduled for **July 14, 2025, is CANCELED**.

6. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(b) and (c) if:

   a. The United States makes timely disclosures and the Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

   b. Oral argument is requested by either party in its motion, objection or response pleadings.

7. If required, a motions hearing will be held before Magistrate Judge Douglas L. Micko on **August 22, 2025, at 9:30 a.m.**, in Courtroom 6B, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, Saint Paul, Minnesota 55101.

8. The parties will receive the remaining dates relating to trial by separate order.

9. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and Defendant in a speedy trial. This finding is based on all of the files and proceedings herein, including the facts set forth in the motion and the supporting documents. Accordingly, the period of time from **June 20, 2025, to**

**July 21, 2025**, shall be excluded from the Speedy Trial Act computations in this case.

DATED:  June 23, 2025                              _s/Douglas L. Micko_____
                                                   DOUGLAS L. MICKO
                                                   United States Magistrate Judge